NUMBER 13-02-651-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

BURLINGTON
COAT FACTORY 

WAREHOUSE OF McALLEN, INC.,                               Appellant,

 

                                           v.

 

EVANGELINA
GARCIA,                                               Appellee.

___________________________________________________________________

 

                On appeal from County
Court at Law No. 1 

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, BURLINGTON
COAT FACTORY WAREHOUSE OF McALLEN, INC., perfected an appeal from a
judgment entered by County Court at Law No. 1 of Hidalgo
County, Texas, in cause number CL-40,241-B.  After the record and briefs were filed and
after the appeal was abated pending decision from the Texas Supreme Court,  appellant filed a motion to dismiss the
appeal.  In the motion, appellant states
that the appeal is now moot.  Appellant
requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 25th day of May, 2006.